# NOTIFICATION OF LATE RECORD

Court of Appeals No. 04-15-00480-CV

Trial Court Style: **LIBERTY SPORT AVIATION, LP**
**VS.**
**BARRY PRUITT, BRISTELL USA LP and PRM GROUP, LLC**

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
9/14/2015 5:59:47 PM
KEITH E. HOTTLE
Clerk

Trial Court No.: **14-314A**

I am the official responsible for preparing the Clerk's Record and/or Supplement in the above referenced appeal.

The record is due on September 15, 2015. This record will contain approximately 450 to 500 pages.

I am unable to file the record by the above date because of an increase in workload, court settings and trial settings. I anticipate having the record filed on or before October 15, 2015.

I, as the undersigned court official, certify that a copy of this Notification of Late Record has been mailed to the attorneys of record.

Date:    September 14, 2015

_____
Susan Jackson
District Clerk, Kendall County, Texas


State of Texas           §
County of Kendall        §

Before me, the undersigned authority, on this day personally appeared Susan Jackson, known to me to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that she executed the same for the reasons expressed therein.

Date: 09-14-2015 _____     Signature: _____
                                          *Darlene Herrin*
                                          County Clerk, Kendall County, Texas